No. 591.  MALLONEE ET AL. v. FAHEY ET AL.;

No. 592.  WILMINGTON FEDERAL SAVINGS & LOAN AS-SOCIATION ET AL. v. HOME LOAN BANK BOARD ET AL.;

No. 593.  HOME INVESTMENT CO. v. FAHEY ET AL.;

No. 594.  UTLEY v. FAHEY ET AL.;

No. 595.  WALLIS ET AL. v. FAHEY ET AL.;

No. 596.  TITLE SERVICE CO., TRUSTEE, v. FAHEY ET AL.; and

No. 658.  WILLHOIT v. FAHEY ET AL.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Wyckoff Westover* for Mallonee et al., and *Charles K. Chapman* for the Long Beach Federal Savings & Loan Association, petitioners in No. 591; *W. I. Gilbert, Jr.* for the Wilmington Federal Savings & Loan Association et al., petitioners in No. 592, and for petitioner in No. 594; *F. Henry NeCasek* for petitioner in No. 593; *Raymond Tremaine* for Wallis, and *Mr. NeCasek* for Turner, petitioners in No. 595; *Frederic A. Shaffer* and *Lyman B. Sutter* for petitioner in No. 596; and *Emmett E. Doherty* for petitioner in No. 658.  *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Herman Marcuse* for Fahey et al.; and *Sylvester Hoffmann* for the Federal Home Loan Bank of San Francisco, respondents.

No. 422, Misc.  WELDON v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 435, Misc.  HILDERBRAND v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 436, Misc.  LUTZ v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.